UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER E. CHAVEZ,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>RON DAVIS,<br><br>　　　　Respondent. | Case No.  16-cv-1679-TEH<br><br>JUDGMENT |

　　Pursuant to the order of dismissal signed today, a judgment of dismissal with prejudice is entered against Petitioner. Petitioner shall obtain no relief by way of his petition.

　　IT IS SO ORDERED.

Dated: 6/8/2016

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　THELTON E. HENDERSON
　　　　　　　　　　　　　　　　United States District Judge

G:\PRO-SE\TEH\HC.16\Chavez1679.jud.docx